IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CARL PEACOCK | § | |
| v. | § | CIVIL ACTION NO. 9:08cv229 |
| J.A.M. DISTRIBUTING, INC. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Plaintiff's motion for relief from judgment pursuant to Fed.R.Civ.P. 60 (document #13) be granted and that the case be reopened and placed back on the active docket. No written objections have been filed. The Court, therefore, adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's motion for relief from judgment pursuant to Fed.R.Civ.P. 60 (document #13) is **GRANTED**. The Clerk shall reopen the above-styled lawsuit and place it back on the active docket.

**SIGNED** this the 7 day of **July, 2009.**

_____
Thad Heartfield
United States District Judge

Page 1 of 1