IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| CARL PEACOCK | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 9:08CV229 |
| J.A.M. DISTRIBUTING, INC. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Plaintiff's "Motion to Reconsider" (document #36), construed as a motion for relief from judgment or order pursuant to Fed.R.Civ.P. 60(b), be denied. Plaintiff filed written objections to the Report and Recommendation on September 4, 2009.

Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The Court, therefore, adopts the findings and conclusions of the Magistrate Judge as those of the Court. In light of the foregoing, it is

**ORDERED** that Plaintiff's "Motion to Reconsider" (document #36), construed as a motion for relief from judgment or order pursuant to Fed.R.Civ.P. 60(b), is **DENIED**.

**SIGNED** this the 8 day of **September, 2009.**

_____
Thad Heartfield
United States District Judge

Page 1 of 1